**Order filed May 16, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00147-CV

_____

## IN THE ESTATE OF BOBBY WILSON MCKISSACK, DECEASED

**On Appeal from the County Court at Law No. 2**
**Taylor County, Texas**
**Trial Court Cause No. 1578**

### O R D E R

Appellant, Jennifer "Jenni" McKissack Jones, filed a notice of agreed appeal from an order in which the trial court denied Appellant's motion for summary judgment regarding a 2009 will. The trial court also signed an order granting a permissive appeal. The parties did not petition this court for permission to appeal as required by Rule 28.3 of the Texas Rules of Appellate Procedure. When the appeal was docketed in this court, the clerk of this court notified the parties by letter that it did not appear that this court had jurisdiction in this matter. *See* TEX. R. APP. P. 28.3 cmt.; *BPHC, LLC v. Perkins*, No. 03-18-00717-CV, 2019 WL 304417, at *1–2 (Tex.

App.—Austin Jan. 24, 2019, no pet.) (mem. op.); *Barrientos v. HEB Grocery Co.*, No. 04-17-00607-CV, 2017 WL 5471881 (Tex. App.—San Antonio Nov. 15, 2017, no pet.) (mem. op.); *Jarrar Holdings, LLC v. Clayton Williams Energy, Inc.*, No. 10-16-00204-CV, 2016 WL 3964469 (Tex. App.—Waco July 20, 2016, no pet.) (mem. op.). We asked Appellant to respond and show grounds to continue this appeal.

Appellant has filed a response and an agreed motion to abate this appeal. The parties agree that a petition for permissive appeal must be filed, and they indicate that time is needed to first obtain an amended order from the trial court. In order to promote judicial economy and to preserve the cause number, filing fee, and docketing statement, the parties request that we abate this appeal for thirty days rather than dismiss it.

We grant the agreed motion to abate, and we abate the appeal.

PER CURIAM

May 16, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.